JAMES REESE DORSETT
LINDSEY FAITH DORSETT
9470 WOODROW PLACE
BILOXI, MS 39532

CREDIT ONE BANK
ATTN: BANKRUPTCY DEPARTMENT
6801 CIMARRON RD
LAS VEGAS, NV 89113

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

FIRST HERITAGE
ATTN: BANKRUPTCY
P.O.BOX 1947
GREENVILLE, SC 29602

NAVY FEDERAL CU
ATTN: BANKRUPTCY
PO BOX 3000
MERRIFIELD, VA 22199

AAFES
ATTN: BANKRUPTCY
P.O. BOX 650060
DALLAS, TX 75265

GM FINANCIAL
ATTN: BANKRUPTCY
801 CHERRY STREET
STE 3500
FORT WORTH, TX 76102

NELNET
PO BOX 82561
LINCOLN, NE 68501

AARONS
12057 US 49 SUITE C
GULFPORT, MS 39503

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

SELFINC/LEAD
ATTN: BANKRUPTCY
PO BOX 11
SOUTHLAKE, TX 76092

AFFIRM
443 IRVING DR
BURBANK, CA 91504

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

SYNCHRONY BAN
ATTN: BANKRUPTCY
PO BOX 965065
ORLANDO, FL 32896

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO, CA 94108

LITTLE LAKE LENDING
2726 MISSION RACHERIA
LAKEPORT, CA 95434

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

CAPITAL ONE AUTO
7933 PRESTON RD
PLANO, TX 75024

MEM FED CU
P O BOX 18269
PITTSBURGH, PA 15236

USAA FEDERAL
ATTN: BANKRUPTCY
9800 FREDERICKSBURG RD
SAN ANTONIO, TX 78288

COMMUNITY CHOICE FI
3586 SANGANI BLVD
STE C
DIBERVILLE, MS 39540

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

WEBBANK/ONEMAIN
PO BOX 3316
EVANSVILLE, IN 47732

WFBNA HL
P.O. BOX 10335
DES MOINES, IA 50306