Certificate Number: 17082-MSS-DE-041165350

Bankruptcy Case Number: 26-51060



17082-MSS-DE-041165350

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 2, 2026</u>, at <u>2:55</u> o'clock <u>PM MST</u>, <u>JAMES R DORSETT</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date: <u>July 3, 2026</u>                    By:      <u>/s/Orsolya K Lazar</u>

                                             Name:   <u>Orsolya K Lazar</u>

                                             Title:    <u>Executive Director</u>