Certificate Number: 17082-MSS-DE-041165349

Bankruptcy Case Number: 26-51060



17082-MSS-DE-041165349

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 2, 2026, at 2:55 o'clock PM MST, LINDSEY F DORSETT completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   July 3, 2026                              By:      /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:   Executive Director