United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 26-51060-KMS

James Reese Dorsett                                                                   Chapter 13

Lindsey Faith Dorsett

        Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                              User: mssbad                                    Page 1 of 2

Date Rcvd: Jul 02, 2026                         Form ID: pdf012                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2026:**

**Recip ID                     Recipient Name and Address**
db/jdb                   +  James Reese Dorsett, Lindsey Faith Dorsett, 9470 Woodrow Place, Biloxi, MS 39532-8120

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2026                              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Thomas Carl Rollins, Jr
                                  on behalf of Joint Debtor Lindsey Faith Dorsett trollins@therollinsfirm.com
                                  jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
                                  on behalf of Debtor James Reese Dorsett trollins@therollinsfirm.com
                                  jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                                  USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
                                  wcuntzcourt@gport13.com  waccourt1@gmail.com

District/off: 0538-6

Date Rcvd: Jul 02, 2026

TOTAL: 4

User: mssbad

Form ID: pdf012

Page 2 of 2

Total Noticed: 1

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 2, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

IN RE:                                                  CHAPTER 13
**JAMES REESE DORSETT**

**LINDSEY FAITH DORSETT**                    CASE NO. 26-51060-KMS


### ORDER DIRECTING DEBTOR PLAN PAYMENTS

IT APPEARING TO THE COURT that the above-referenced Debtor(s) has subjected earnings to the jurisdiction of this Court and that the Debtor(s) are subject to such Orders of this Court as are necessary to effectuate the provisions of the proposed bankruptcy plan.  The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1) and § 1326(a)(1)(A), that:

**James Reese & Lindsey Faith Dorsett**
**9470 Woodrow Place**
**Biloxi, MS 39532**

is directed to pay by money order, cashier's check or use TFSbillpay.com the sum of **$6,083.03 PER MONTH, EFFECTIVE IMMEDIATELY. ***ALL PAYMENTS MUST BE IN BEFORE NOON ON THE LAST BUSINESS DAY OF EACH MONTH***Please send payments to::**

**WARREN A. CUNTZ, JR., CH. 13 TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

*Please notate your name and case number on the payment to the Trustee.*

**##END OF ORDER##**