United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-51060-KMS
James Reese Dorsett Chapter 13
Lindsey Faith Dorsett
Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: admin Page 1 of 3
Date Rcvd: Sep 29, 2026 Form ID: n032 Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Reese Dorsett, Lindsey Faith Dorsett, 9470 Woodrow Place, Biloxi, MS 39532-8120 |
| 5691869 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5691873 | + | Community Choice Fi, 3586 Sangani Blvd, Ste C, Diberville, MS 39540-9000 |
| 5691879 | + | Little Lake Lending, 2726 Mission Racheria, Lakeport, CA 95453-9612 |
| 5691881 | + | Mem Fed Cu, P O Box 18269, Pittsburgh, PA 15236-0269 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 29 2026 19:56:55 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Sep 29 2026 19:56:45 | Wells Fargo Bank, N.A., Attention: Bankruptcy Department MAC N92, Default Document Processing PO Box 1629, Minneapolis, MN 55440-9790 |
| 5691867 | + | Email/Text: BankruptcyNotices@aafes.com | Sep 29 2026 19:53:00 | AAFES, Attn: Bankruptcy, P.O. Box 650060, Dallas, TX 75265-0060 |
| 5691868 | + | Email/Text: bankruptcynotices@aarons.com | Sep 29 2026 19:53:00 | Aarons, 12057 US 49 Suite C, Gulfport, MS 39503-3177 |
| 5691870 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 29 2026 19:56:51 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5694703 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 29 2026 19:53:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5711377 | + | Email/Text: BankruptcyNotices@aafes.com | Sep 29 2026 19:53:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236-1509 |
| 5699874 | + | Email/Text: bkinfo@ccfi.com | Sep 29 2026 19:53:00 | CCF OF MISSISSIPPI, LLC, 2312 E Trinity Mills Rd, Ste 100, Carrollton, TX 75006-1955 |
| 5691871 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2026 19:56:51 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5691872 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 29 2026 19:56:46 | Capital One Auto, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5693789 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 29 2026 19:56:46 | Capital One Auto Finance, a division of Capital, One, N.A. Department, AIS Portfolio Services, |

| | | | | |
|---|---|---|---|---|
| | | | | LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5691874 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 29 2026 19:56:46 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5704343 | + | Email/Text: bankruptcy@curo.com | Sep 29 2026 19:53:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5691875 | + | Email/Text: bankruptcy@curo.com | Sep 29 2026 19:53:00 | First Heritage, Attn: Bankruptcy, P.O.Box 1947, Greenville, SC 29602-1947 |
| 5691876 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 29 2026 19:53:00 | Gm Financial, Attn: Bankruptcy, 801 Cherry Street, Ste 3500, Fort Worth, TX 76102-6854 |
| 5691878 | + | Email/Text: ebone.woods@usdoj.gov | Sep 29 2026 19:53:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5691877 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 29 2026 19:53:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5706493 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 29 2026 19:53:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5691880 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2026 19:56:46 | LVNV Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 5699763 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2026 19:56:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5691879 | + | Email/Text: disputes@littlelakelending.com | Sep 29 2026 19:53:00 | Little Lake Lending, 2726 Mission Racheria, Lakeport, CA 95453-9612 |
| 5695902 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Sep 29 2026 19:53:00 | MISSISSIPPI DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, P.O. BOX 22808, JACKSON, MS 39225-2808 |
| 5691883 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Sep 29 2026 19:53:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5718335 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 29 2026 19:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5691882 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 29 2026 19:53:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5691884 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 29 2026 19:53:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22116-3000 |
| 5697608 | | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 29 2026 19:53:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA, 22119-3000 |
| 5691885 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 29 2026 19:53:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5718936 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2026 19:56:55 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5691886 | | Email/Text: bankruptcy@self.inc | Sep 29 2026 19:53:00 | Selfinc/lead, Attn: Bankruptcy, Po Box 11, Southlake, TX 76092 |
| 5691887 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2026 19:56:51 | Synchrony Ban, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5691888 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2026 19:56:51 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5696103 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 29 2026 19:53:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 5691889 | ^ | MEBN | Sep 29 2026 19:51:08 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5691890 | + | Email/Text: bkelectronicnotices@usaa.com | Sep 29 2026 19:53:00 | USAA Federal, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |

| | | | | |
|---|---|---|---|---|
| 5696955 | + | Email/Text: RASEBN@raslg.com | Sep 29 2026 19:53:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5691891 | + | Email/PDF: cbp@omf.com | Sep 29 2026 19:56:55 | Webbank/onemain, Po Box 3316, Evansville, IN 47732-3316 |
| 5707804 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Sep 29 2026 19:56:46 | Wells Fargo Bank, N.A., Attention: Bankruptcy Department, PO Box 1629, Minneapolis , MN 55440-1629 |
| 5691892 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Sep 29 2026 19:56:45 | Wfbna Hl, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5694133 | ##+ | Eric C Miller, LOGS Legal Group, LLP, For Wells Fargo Bank, N.A., 579 Lakeland East Drive Suite D, Flowood, MS 39232-9037 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric C Miller | on behalf of Creditor Wells Fargo Bank N.A. logsecf@logs.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Lindsey Faith Dorsett trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor James Reese Dorsett trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 5

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

**Case No.:** 26−51060−KMS
**Chapter:** 13

**In re:**

James Reese Dorsett
aka James Dorsett
9470 Woodrow Place
Biloxi, MS 39532

Lindsey Faith Dorsett
9470 Woodrow Place
Biloxi, MS 39532

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 9/29/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: September 29, 2026

Danny L. Miller, Clerk of Court