**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: James Reese Dorsett**
**Lindsey Faith Dorsett, Debtors**

**Case No. 26-51060-KMS**
**CHAPTER 13**

# NOTICE

Debtors have filed papers with the court to suspend their bankruptcy payments.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: November 17, 2026 Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: James Reese Dorsett** **Case No. 26-51060-KMS**
**Lindsey Faith Dorsett, Debtors** **CHAPTER 13**

**MOTION TO SUSPEND PLAN PAYMENTS**

COME NOW, Debtors, by and through counsel, and move this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Debtors need to repair the 2017 Nissan Armada that is included in the plan.
3. Debtors are requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months of December 2026 and January 2027.
4. Debtors wish to resume making plan payments beginning in February 2027.
5. Debtors are requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Suspend Plan Payments was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JAMES REESE DORSETT
LINDSEY FAITH DORSETT

CASE NO: 26-51060-KMS

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 11/18/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/18/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JAMES REESE DORSETT
LINDSEY FAITH DORSETT

CASE NO: 26-51060-KMS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 11/18/2026, a copy of the following documents, described below,

Notice and Motion to Suspend

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/18/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-51060-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
WED NOV 18 7-36-19 PST 2026

CAPITAL ONE AUTO FINANCE A DIVISION OF CAPI
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

WELLS FARGO BANK NA
ATTENTION BANKRUPTCY DEPARTMENT MAC N92
DEFAULT DOCUMENT PROCESSING PO BOX 1629
MINNEAPOLIS MN 55440-9790

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL JR US COURTHOUSE~~
~~2012 15TH STREET SUITE 244~~
~~GULFPORT MS 39501-2036~~

AAFES
ATTN BANKRUPTCY
PO BOX 650060
DALLAS TX 75265-0060

AARONS
12057 US 49 SUITE C
GULFPORT MS 39503-3177

AFFIRM
443 IRVING DR
BURBANK CA 91504-2447

AFFIRM INC
ATTN BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO CA 94108-2716

AMERICREDIT FINANCIAL SERVICES INC DBA GM
P O BOX 183853
ARLINGTON TX 76096-3853

ARMY AIR FORCE EXCHANGE SERVICES
ATTENTION GCG
3911 S WALTON WALKER BLVD
DALLAS TX 75236-1509

CCF OF MISSISSIPPI LLC
2312 E TRINITY MILLS RD STE 100
CARROLLTON TX 75006-1955

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE AUTO
7933 PRESTON RD
PLANO TX 75024-2359

CAPITAL ONE AUTO FINANCE A DIVISION OF CAPI
ONE NA DEPARTMENT
AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

COMMUNITY CHOICE FI
3586 SANGANI BLVD
STE C
DIBERVILLE MS 39540-9000

CREDIT ONE BANK
ATTN BANKRUPTCY DEPARTMENT
6801 CIMARRON RD
LAS VEGAS NV 89113-2273

ERIC C MILLER
LOGS LEGAL GROUP LLP
FOR WELLS FARGO BANK NA
579 LAKELAND EAST DRIVE SUITE D
FLOWOOD MS 39232-9037

FIRST HERITAGE
101 N MAIN ST STE 600
GREENVILLE SOUTH CAROLINA 29601-4846

FIRST HERITAGE
ATTN BANKRUPTCY
POBOX 1947
GREENVILLE SC 29602-1947

GM FINANCIAL
ATTN BANKRUPTCY
801 CHERRY STREET
STE 3500
FORT WORTH TX 76102-6854

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON MS 39201-5025

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE SC 29602-1269

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LITTLE LAKE LENDING
2726 MISSION RACHERIA
LAKEPORT CA 95453-9612

MISSISSIPPI DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 22808
JACKSON MS 39225-2808

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225-2808

MEM FED CU
P O BOX 18269
PITTSBURGH PA 15236-0269

MIDLAND CREDIT MANAGEMENT INC
PO BOX 2037
WARREN MI 48090-2037

MIDLAND CREDIT MGMT
ATTN BANKRUPTCY
PO BOX 939069
SAN DIEGO CA 92193-9069

NAVY FEDERAL CU
ATTN BANKRUPTCY
PO BOX 3000
MERRIFIELD VA 22116-3000

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD VA 22119-3000

NELNET
PO BOX 82561
LINCOLN NE 68501-2561

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(P)SELF INC
PO BOX 11
SOUTHLAKE TX 76092-0011

SYNCHRONY BAN
ATTN BANKRUPTCY
PO BOX 965065
ORLANDO FL 32896-5065

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

US DEPARTMENT OF EDUCATION CO NELNET
121 S 13TH ST
LINCOLN NE 68508-1911

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

USAA FEDERAL
ATTN BANKRUPTCY
9800 FREDERICKSBURG RD
SAN ANTONIO TX 78288-0002

USAA FEDERAL SAVINGS BANK
ROBERTSON ANSCHUTZ SCHNEID
CRANE PARTNERS PLLC
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

WEBBANKONEMAIN
PO BOX 3316
EVANSVILLE IN 47732-3316

WELLS FARGO BANK NA
ATTENTION BANKRUPTCY DEPARTMENT
PO BOX 1629
MINNEAPOLIS MN 55440-1629

WFBNA HL
PO BOX 10335
DES MOINES IA 50306-0335

DEBTOR

JAMES REESE DORSETT
9470 WOODROW PLACE
BILOXI MS 39532-8120

LINDSEY FAITH DORSETT
9470 WOODROW PLACE
BILOXI MS 39532-8120

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

~~EXCLUDE~~

~~(P)WARREN A CUNTZ T1 JR~~
~~PO BOX 3749~~
~~GULFPORT MS 39505-3749~~